## MIAMI CONSOLIDATED TIRE CO v HEIER

Ohio Appeals, 1st Dist, Butler Co

No 639. Decided April 15, 1935

Williams, Sohngen, Fitton & Pierce, Hamilton, for plaintiff in error.

Harry J. Koehler, Hamilton, for defendant in error.

## OPINION

**By ROSS, PJ.**

The evidence shows that the plaintiff submitted an account to the defendant, the amount of which was $571.72, which the defendant approved as correct, for he gave the president of plaintiff corporation a check for $71.72, payable to the company, and the president's personal cancelled note for $500.00. It is not necessary to show a specific agreement to pay the amount admitted to be correct. This is inferred from the admission of its correctness. 1 O. Jur., 196, §19.

The court stated in granting the motion for an instructed verdict that there was no evidence supporting the allegations of the petition. It is presumed therefore, that. the court did not find that the account had been paid, but rather that there was no agreement to pay the amount admitted to be correct.

Our conclusion is, that there being evidence that the defendant admitted the correctness of the amount of the submitted account, that he impliedly promised to pay same and that the court committed error in instructing a verdict for the defendant.

The judgment of the Court of Common Pleas of Butler County is reversed, and the cause remanded for such further proceedings as may be in accordance with law.

MATTHEWS and HAMILTON, JJ, concur.